UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:

Cindy Ocampo                               Case No.: 19-14437

                                           Chapter 7

Debtor.

ORDER EXTENDING DEADLINE TO OBJECT TO DISCHARGE~ABILITY~ OF DEBT OWED TO FINANCIAL INSTITUTION LENDING OPTIONS ~PURSUANT TO 11 U.S.C. § 727~

Upon the Motion of Financial Institution Lending Options "FILO", by their attorney, requesting an Order extending the deadline to object to the discharge of the debt owed to FILO; and good cause having been shown; and the Court being fully advised of the premises,

**IT IS ORDERED** that the Motion is granted, and the deadline for the Creditor, Financial Institution Lending Options, to object to the discharge~ability~ of the Debt ~pursuant to 11 U.S.C. § 727~ is hereby extended to and including October 18, 2019.

#####

AUG 3 0 2019